UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
AUG 08 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Darryl Fieldh Thompson
_____
_____
Name of plaintiff(s)

v.

Millennia Housing
Management
Property Manager Fre Summit
Towers Amy Adams
Name of defendant(s)

Case No. 3:22-CV-267
(to be assigned by Clerk)

Crytzer / McCook

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

For 4 year I ask Manager to repaire or Replace my carpert nun of upon was done and now my carpert & kitchen Bathroom ing all are damage blinds hell safty Bar fel

2. Plaintiff, Darryl F Thompson resides at 201 Locust ST Apt 813, Knoxville, Tn
street address                                      city

Knox, Tn, 37902, 865 507-8428 or 865 660-1313
county   state   zip code   telephone number   (Ariel Thompson Daughter)

(if more than one plaintiff, provide the same information for each plaintiff below)

When I started this Lawsuit All service to my Appartment have bin cut Cau I bring as the fist go on because It's hard to get Around, due to my Prostate cancer faurup & my drapets and now, Have to Have a sis remove from my Butt

3. Defendant, __Not sure yet__ lives at, or its business is located at

_____, _____,
street address                                city

_____, _____
county                    state              zip code

(if more than one defendant, provide the same information for each defendant below)

I have a fiancee that Have bin harass by Any Adams and /her chicken neck spy. My fiancee suffer from severe fit control by imagined Blackout epilepsy. At any min she can have a loose siezure at one time can have 50 seizure in one day

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Any Adams. They refuse to repair my apartment turning it into a toxic enviornment. By ADA when a tent have a problem with there apartment reports to manager. And within (14 day) Request should be repair or Replace. That problem had turn into a Damaged toxicas apartment. Not one items have bin fix or look at. Now the Big support bine Have fell in the Living Room. Tiles kitchen is falling apart from shower to cabnet & garage disposal fall, Now I and my fiancess have to change all my & other kitchen items in the Bathroom, then clean the bathroom to take a shower or Bath. But (No) visit from

2

manager or maintance (Garbage disposal) 2 cabinet drawers (no repair no repairs
3) air-conditioning) blow out mold 4) Blinds in front room) fell be Rotten ceiling
5 Bathroom by ADA all safety aids will be in place or repair within (14) days. It bin 3 years for carpet and 3 month for kitchen, living items and Bedroom & Bathroom Items haven't bin replace or repair. By those rules all.the reported will be repaire or replace and by these standard all apartment should be inspection my apartment, Haven't bin inspection by maintained or HUD. This management and it's staff pick & choose which apartment to go into & which one not to go into

By the ADA (and HUD) List of rules: Millenvia Housing Management, LTd. & The Owner/representative for Summit Towers (Amy Adams Prop apt manager) have voilation all standard of comftable Living by the by lines of ADA, HUD, Government standard Living code and civil Right Act. Amy Adams have cause a toxic environment, hostile environment & emotion & stress environment & physical sickness. All I ask is to fix my apartment so I can show my loves ones I'm doing fine, but Amy Adams have turn my world into a storage of chaos of depession of sickness ⟶ over ⟶

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. I ask for fire of Amy Adams and remove all her spks from this building
   b. I ask for: that Millennia Housing Management train the right person for the job and not a puppet
   c. I ask for a judgment of a prices tag that will remind Millennia Group that we are people too
   d. judgement of toxic environment reward 3.5 million pain of suffer 2.5 million ignor Saftly rule from the Government: ADA, HUD, FCC, & Civil Right Act. 10.5 million

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20_____.

_____

_____

_____

_____
Signature of plaintiff (s)

3

5. And now I live in great fear my service to my appartement have
b. in cut off, it is dangerous hell to me my appartement after ____ ____ over

Everyday something missing, I have Lost a lot of clothes Hats money License / Social Sech card Bank card My Account have never been a lazped now it Look Like every Nay the one who I though was friends turn out to be snake, put I have YHVH Indeed, But have one Big problem at Press they hoteps Lessondra D Linsley now she there favor, Yes o'cause she feeding them Info About me, And they will give he o appetment. Like today she went out with manager and when she comeback Itell back out my appatment because that as Hell things was falling power when out then come back ON. This is only show the pain & suffeagh Im going through

I need help Aug 8 2022
(A set up is coming)