UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DARRYL F. THOMPSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:22-CV-267-KAC-JEM |
| MILLENNIA HOUSING MANAGEMENT, LTD., | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In the Order Dismissing Action [Doc. 61] the Court **DISMISSED** Plaintiff's claims against Defendant with prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 83.13. No claims remain. The Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT